Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRINCE E. KENNEDY,<br><br>Defendant. | CASE NO.   MJ25-641<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 922(g)(1) |

BEFORE United States Magistrate Mary Alice Theiler, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

**(Unlawful Possession of a Firearm)**

On or about August 28, 2025, in King County, within the Western District of Washington, PRINCE KENNEDY, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

*i.* Rape of a Child in the Second Degree in Pierce County Superior Court, under case number 04-1-04874-7, on or about September 5, 2005.

did knowingly possess, in or affecting interstate and foreign commerce, a firearm, that is:

a Taurus 9mm handgun,

which had been shipped and transported in interstate and foreign commerce.

COMPLAINT/ PRINCE E. KENNEDY - 1
USAO NO. 2025R01053

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Greg Tomlinson, being first duly sworn on oath, depose and say:

## INTRODUCTION AND AFFIANT BACKGROUND

1.      I have been a duly sworn Seattle Police Officer for the past 30 years.  For 24 years I have been in the Seattle Police Gang Unit/Gun Violence Reduction Unit as a detective.  During this time, I was also a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms from 2005 to 2019 where I was on the Violent Gangs Task Force and the Puget Sound Region Crime Gun Task Force.  I am currently cross deputized as a Task Force Officer with the United States Marshals Northwest Fugitive Apprehension Task Force.  I have been working in that capacity since August of 2022.

2.      My duties as a detective with the Seattle Police Department include investigating gun crimes to include unlawful possession of a firearm, drive-by shooting, assault, and robbery.  I have completed dozens of warrants during the investigations of these crimes over the years, to include warrants to obtain suspects' DNA.  My main role with the US Marshals is to assist in the apprehension of persons with warrants for their arrest and to investigate any other crimes related to these arrests, which can include unlawful possession of a firearm and narcotics, as well as other crimes.

3.      The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other law enforcement officers and agents; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein.  This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint, and therefore does not set forth all of my knowledge about this matter.

//

//

COMPLAINT/ PRINCE E. KENNEDY - 2
USAO NO. 2025R01053

**SUMMARY OF PROBABLE CAUSE**

4. On September 5, 2005, PRINCE E. KENNEDY was sentenced in Pierce County Superior Court under cause number 04-1-04874-7 for Rape of a Child in the Second Degree and sentenced to 111 months to life imprisonment and community custody supervision under the Indeterminate Sentence Review Board (ISRB) for the term of life. As a consequence of this conviction, KENNEDY is precluded from possessing firearms.

5. On April 9, 2013, KENNEDY signed the ISRB Order of Release acknowledging his condition obligations under the terms of sentencing and supervision. These conditions include, in relevant part:

a. submission to a search of his person, residence, vehicle and/or possessions, when requested by a Department of Corrections Community Corrections Officer to include a search of phones and electronic devices;

b. polygraph examinations conducted by a certified polygrapher to verify compliance with release conditions;

c. no alcohol possession; and

d. no firearm, ammunition, or deadly weapon possession.

6. Based on KENNEDY's Seattle, Washington residence, his supervision is monitored by DOC CCO's in the Seattle office. In the course of supervising KENNEDY, CCO Bullard received a notice from KENNEDY's internet monitoring software service that it had been cancelled as of July 23, 2025. On July 29, 2025, KENNEDY submitted to a polygraph examination and was found to be deceptive on questions related to alcohol, sexually explicit materials and unmonitored internet capable devices. Consequently, CCO Bullard requested authorization to conduct a physical search of KENNEDY's Seattle, Washington residence.

7. On August 28, 2025, CCO's Bullard, Yonker, Lizarazo, and Villa arrived at KENNEDY's Seattle, Washington residence to conduct a DOC search for evidence of violations of the conditions of supervision. KENNEDY met the CCO's in the lobby of his

COMPLAINT/ PRINCE E. KENNEDY - 3
USAO NO. 2025R01053

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

building, unlocked his door with the key fob, and remained seated on his couch while the CCO's conducted the search. CCO Yonker observed alcohol bottles in the laundry hamper of KENNEDY's closet. While searching underneath the side of KENNEDY's bed farthest from the door, CCO Yonker observed a brown cardboard box with a lid. CCO opened the box and observed a box labeled "BLAZER AMMUNITION." Inside, CCO Yonkers found clothing, graduations tassels, white gloves in a plastic bag, silver handcuffs, a flashlight, and a second box previously sealed with tape that had the Bass Pro Shop logo. Inside this second box, CCO Yonker located a black Taurus 9mm handgun serial number ADD217388 encased in a plastic bag, a magazine with ammunition,

8. KENNEDY was then placed under arrest, advised of his constitutional rights, and invoked his right to silence. CCO's located condoms, sexual card games, purple fur handcuffs, and a personal masturbation device in violation of the conditions of supervision. KENNEDY was transported to the King County SCORE Facility to face sentencing violation proceedings.

9. On October 9, 2025, ATF Special Agent Brian Arnold, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, visually examined the above-described firearm via photographs and determined that the Taurus 9mm handgun bearing serial number ADD217388 was not manufactured in the State of Washington. Based upon his experience, knowledge, and research, it also SA Arnold's opinion that the above-listed firearm meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, it is SA Arnold's opinion that, because the above-listed firearm was not manufactured in the State of Washington, it therefore must have traveled in, and thereby affected, interstate commerce if it were received or possessed in the state of Washington.

//

//

COMPLAINT/ PRINCE E. KENNEDY - 4
USAO NO. 2025R01053

## CONCLUSION

10.    Based on the foregoing, I respectfully submit that there is probable cause to believe that PRINCE E. KENNEDY committed the above-referenced offense.

Greg Tomlison, Complainant
Task Force Officer
United States Marshals

The above-named Special Agent provided a sworn statement attesting to the truth of the foregoing by telephone on the 14th day of October, 2025.  Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this 14th day of October, 2025.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/ PRINCE E. KENNEDY - 5
USAO NO. 2025R01053

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970